McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HENRY CANTY, <br><br> Defendant. | Case No. 1:08-cr-00364 LJO <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME FOR GOVERNMENT TO FILE RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS AND DISMISS |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Douglas Beevers, Assistant Federal Defender, attorney for defendant, that the due date of December 23, 2008 for the government's response to defendant's motion to suppress and motion to dismiss be extended to January 6, 2009.  The hearing on said motions is scheduled for January 9, 2009, and there is no request to move that hearing date.

Since the defendant filed his motions on December 4, 2008, undersigned counsel has been in court every Monday morning and afternoon, every Friday morning, and several other days; she has finalized the documentation for an application for wire

interceptions, prepared for two evidentiary hearings, responded to an extensive motion in limine for a trial that had been set for January 12, 2009, conducted at least two safety valve debriefs, engaged in trial preparation for another matter set for trial, and attended to other daily responsibilities.  Thus, undersigned counsel has had insufficient time to prepare responses to the defendant's motions, and respectfully requests this Honorable Court to allow until January 6, 2009 for responses to be filed.  Counsel for both parties have discussed the matter and defendant's attorney has no objection to the request.

Dated: December 23, 2008            Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


                                By   /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
                                    Assistant U.S. Attorney

Dated: December 23, 2008             /s/ Douglas Beevers
                                    DOUGLAS BEEVERS
                                    Assistant Federal Defender
                                    Attorney for Defendant


The Court finds good cause for the request, and grants the request for a time extension.

IT IS SO ORDERED.

**Dated:   December 23, 2008**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE