| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | DOUGLAS BEEVERS, USVI Bar #766 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | HENRY JAMES CANTY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00364 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO ADVANCE SENTENCING |
| | ) | HEARING; ORDER |
| v. | ) | |
| | ) | |
| HENRY JAMES CANTY, | ) | Date: May 22, 2009 |
| | ) | Time: 9:00 A.M. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-captioned matter now scheduled for June 5, 2009, **may be advanced to May 22, 2009 at 9:00 a.m.**

This continuance is requested by counsel for the defendant because the report is complete and the parties are prepared to proceed at this time.

///
///
///
///
///
///

| | |
|---|---|
| 1 | Exclusion of time to complete sentencing is not required. |

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

DATED: May 13, 2009                By  /s/ Marlon Cobar
                                              MARLON COBAR
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: May 13, 2009                By  /s/ Douglas J. Beevers
                                              DOUGLAS J. BEEVERS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              HENRY JAMES CANTY

## ORDER

**The stipulation and request is granted.**

IT IS SO ORDERED.

**Dated:   May 13, 2009**                   **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE