```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DOUGLAS BEEVERS, USVI Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California 93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  HENRY JAMES CANTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:08-cr-00364 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE SENTENCING |
| | ) HEARING; AND ORDER THEREON |
| v. | ) |
| | ) Date: May 29, 2009 |
| HENRY JAMES CANTY, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) |
| | ) |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-captioned matter now scheduled for May 22, 2009, **may be continued to May 29, 2009, at 9:00 a.m.**

The parties are attempting to negotiate a jointly-recommended sentence, and are trying to resolve the Court's concerns addressed in its May 15, 2009 Minute Order. An additional week would help negotiations. Defendant needs additional time to collect information regarding the concerns which the Court identified. AUSA Marlon Cobar has no objection.

The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

| | |
|---|---|
| 1 | The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv). |

                                                LAWRENCE G. BROWN
                                                Acting United States Attorney

DATED: May 19, 2009                     By  /s/ Marlon Cobar
                                                  MARLON COBAR
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: May 19, 2009                     By  /s/ Douglas J. Beevers
                                                  DOUGLAS J. BEEVERS
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  HENRY JAMES CANTY

## ORDER

**In light of the Court's notice sent to all Counsel that the Court intends to sentence above the Advisory Guidelines, the request to continue sentencing one week is granted.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 20, 2009**                            **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE