IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> HENRY JAMES CANTY, ) <br> ) <br> Defendant. ) | No. 1:08-CR-00364 LJO <br><br> ORDER OF RELEASE |

The above-named defendant having been sentenced on March 12, 2012,

IT IS HEREBY ORDERED that the defendant shall be released to a representative of the Turning Point in Fresno, California on Wednesday, March 14, 2012.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   March 14, 2012**                     /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1