# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**HENRY JAMES CANTY**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:08CR00364-001 LJO** |

Marc Days
Defendant's Attorney

## THE DEFENDANT:

[✔]     admitted guilt to violation of charges 3 and 4  as alleged in the violation petition filed on  02/12/2014 .

[ ]     was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the
violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 3 | FAILURE TO FOLLOW INSTRUCTIONS OF THE PROBATION OFFICER | 01/19/2014 AND 01/31/2014 |
| Charge 4 | FAILURE TO NOTIFY OF ARREST | 01/19/2014 AND 01/31/2014 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on  10/07/2013 .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed
pursuant to the Sentencing Reform Act of 1984.

[✔]     Charges 1 and 2 are dismissed.

✔]     APPEAL RIGHTS GIVEN

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30
days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments
imposed by this judgment are fully paid.

March 17, 2014
Date of Imposition of Sentence

/s/ Lawrence J. O'Neill
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
Name & Title of Judicial Officer

March 20, 2014
Date

CASE NUMBER:        1:08CR00364-001 LJO                                    Judgment - Page 2  of  2
DEFENDANT:          HENRY JAMES CANTY

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  14 Months .

[]       No TSR: Defendant shall cooperate in the collection of DNA.

[✔]      The court makes the following recommendations to the Bureau of Prisons:
         The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.    MENDOTA, CA OR CALIFORNIA

[✔]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
         [ ] at ___ on ___.
         [ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
         [ ] before _ on ___.
         [ ] as notified by the United States Marshal.
         [ ] as notified by the Probation or Pretrial Services Officer.
         If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S.  Marshal